**Order entered September 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00645-CV

## IN THE INTEREST OF C.A. AND L.A., CHILDREN

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 95793-CC**

## ORDER

On September 13, 2018, the Texas Department of Family and Protective Services filed a motion for leave to file late brief and tendered its appellee's brief in this case. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     MOLLY FRANCIS
         PRESIDING JUSTICE